JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LAILA MANUELA DJEUMOU
LEUKEU,

          Petitioner,

   vs.

WARDEN, ADELANTO
DETENTION FACILITY, ET AL.

          Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-02077-KJM

JUDGMENT

## JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus (ECF No. 9), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition for Writ of Habeas Corpus (ECF No. 1) is granted.  Respondents report that Petitioner has been released from custody (ECF No. 12).  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 8, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Leukeu v. Warden, Adelanto Detention Facility, et al.*, Case No. 5:26-cv-02077-KJM; Judgment